JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | CV 18-09478 DSF (PJWx)<br><br>Order Dismissing Action for Failure to Prosecute and Pailure to Comply with Court Orders |

On June 1, 2021, the Court docketed the following Order:

    ORDER TO SHOW CAUSE RE DISMISSAL: In July 2019, this Court granted the parties' request for a stay due to a related appeal pending in the Ninth Circuit. On August 14, 2020, the parties filed a Joint Status Report indicating that the appeal had been decided but that Plaintiff was not willing to dismiss the case and therefore the parties intended to file cross-motions for summary judgment. They advised the Court that they also intended to file similar motions in three other cases and therefore asked for an extended briefing schedule with the cross-motions to be filed on September 28, 2020. Although motions have been filed (and decided in favor of Defendant) in all three other cases, the only activity in this case since August 14, 2020 is the application of defense counsel for pro hac vice

status. Plaintiff is ordered to show cause in writing no later than June 8, 2020 why this case should not be dismissed with prejudice for failure to prosecute.

Plaintiff has failed to prosecute this case as represented to the Court and has failed to comply with this Court's Order to Show Cause. The case is dismissed with prejudice for failure to prosecute and failure to comply with the Court's Order.

IT IS SO ORDERED.

Date: September 16, 2021

Dale S. Fischer
United States District Judge